

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00554-CV

Kathleen **BARRACO**,
Appellant

v.

**LEVY TOWNHOUSE OWNERS ASSOCIATION, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19385
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On October 29, 2015, Appellant timely filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests Appellee to file a response. *See id.* R. 49.2. If Appellee chooses to file a response, Appellee must do so within ten days of the date of this order.

It is so **ORDERED** on November 10, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court